STRATEGIC CAPITAL HOLDINGS, LLC

VERSUS

GILBERT P. BENNETT, III AND HITHE-JAH PROPERTIES, LLC

*     NO. 2021-CA-0672

*     COURT OF APPEAL

*     FOURTH CIRCUIT

*     STATE OF LOUISIANA

*

*

* * * * * * *

CONSOLIDATED WITH:

HITHE-JAH PROPERTIES, LLC

VERSUS

STRATEGIC CAPITAL HOLDINGS, LLC, GILBERT P. BENNETT, III AND THE CITY OF NEW ORLEANS

CONSOLIDATED WITH:

NO. 2021-CA-0673

CHASE, J., CONCURS IN THE RESULT